UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates To:  Judge Breyer
Joseph Kulhowvich, et al v. Pfizer, et al
(3:06-cv-07505-CRB)

## ORDER

It is ordered that the plaintiffs, Aponte and Matos, only, be granted motion for voluntary dismissal of their action, without prejudice, individually, from case captioned Joseph Kulhowvich, et al v. Pfizer, Inc.

GRANTED/~~DENIED~~

