1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-7505 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Joseph Kulhowvich, et al v. Pfizer, Inc.<br>MDL No. 06-7505: <u>Plaintiff Dennis Pennengill</u> | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, DENNIS PENNENGILL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

The Plaintiff Pennengill's claim was filed in a consolidated, multi-plaintiff complaint against the defendants. This dismissal is a partial dismissal of Plaintiff Pennengill's claim only and does not affect any claim brought by the remaining plaintiffs.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 6/20, 2007 | STRATTON FAXON |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael A. Stratton
Attorney for Plaintiff, Dennis Pennengill |
| 5 | | |
| 6 | DATED: Jun 25, 2007 | GORDON & REES |
| 7 | | |
| 8 | | By: _____
Stuart M. Gordon |
| 9 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7/9/2007        _____
                      Hon. Charles R. Breyer
                      United States District Court

-2-

PFZR/1035934/1207725v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**