Dbt f 4;17.dw 18616.DSC!!!Epdvn f ou9!!!!Gjrfe 16(250f: !!!Qbhf 2!pg3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:06cv-07505-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Joseph Kulhowvich, et al<br>　　　　　　　Plaintiffs,<br>　　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the following Plaintiffs, **VINICIO ESPINAL, JOSEPH KULHOWVICH, ROSA MATOS, DOMINIC SAGGASE**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a) and hereby stipulate to the dismissal of this action ONLY to the above mentioned plaintiffs with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 28, 2009     By: _____

　　　　　　　　　　　　　　MICHAEL A. STRATTON, ESQ.
　　　　　　　　　　　　　　STRATTON FAXON
　　　　　　　　　　　　　　59 Elm Street
　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　Telephone: (203) 624-9500
　　　　　　　　　　　　　　Facsimile: (203) 624-9100
　　　　　　　　　　　　　　Attorneys for Plaintiffs

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Dbt f 4;17.dw 18616.DSC!!!Epdvn f ou9!!!!Gjrhe16/2501: !!!Qbhf 3!pg3

1
2   DATED: May 14, 2009    By: _____
3
4                          DLA PIPER LLP (US)
                           1251 Avenue of the Americas
                           New York, NY 10020
5                          Telephone: (212) 335-4500
                           Facsimile: (212) 335-4501
6                          *Defendants' Liaison Counsel*
7
8
9
10  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
11
12  Dated:  4-5-2010       _____
13                         Hon. Charles R. Breyer
                           United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**